AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

13 JUL -3 AM 9:01

CLERK-LAS CRUCES

| | |
|---|---|
| United States of America<br>v.<br><br>Victor Eduardo GURROLA-Robles<br><br>_____<br>*Defendant(s)* | )<br>)<br>)   Case No: 13-PO-1813<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about the date of <u>July 01, 2013</u> in the county of <u>Dona Ana</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>8</u> U.S.C. §<u>1325(a)(1)(EWI Misdemeanor)</u>, an offense described as follows:

Enter the United States at a time and place other than as designated by Immigration Officers.

This criminal complaint is based on these facts:
On July 1, 2013, a United States Border Patrol Agent encountered the DEFENDANT in Sunland Park, New Mexico. The Agent questioned the DEFENDANT as to his citizenship to which the DEFENDANT stated that he was a citizen and national of Mexico, present in the United States without Immigration Documents that would allow him to be or remain in the United States legally. The DEFENDANT knowingly entered into the United States illegally on July 1, 2013, by crossing the U.S./Mexico International Boundary on foot. The area the DEFENDANT entered is not a Port of Entry as designated by the Appropriate Authority of the United States. Thus, the DEFENDANT is present in the United States without admission by an Immigration Officer.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Rodolfo Barragan, BORDER PATROL AGENT
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 3, 2013

_____
*Judge's signature*

**WILLIAM P. LYNCH**
**U.S. MAGISTRATE JUDGE**
*Printed name and title*

City and state: Las Cruces, N.M.